# EXHIBIT 1

 Report Infringement   Notice Retraction Form                                          English   Help | Your Account

> ⓘ **The Report infringement form has changed**
> These changes will help create more accurate reports.

## Report Infringement

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements.

**Which products would you like to report?**

You can report up to 50 products for the same concern in one report. To report different concerns, submit a new report for each concern.
Enter up to 50 comma-separated Amazon Standard Identification Numbers (ASINs), ISBN-10s, or product URLs.

```
B013WJRG5C,B015NBTAOW,B015NBTMMC,B015NBTNHQ,B015X2OD52,B0B7W736Z9,B0B7W7GN1T,B0BKZ581QV,B0BNHLVDTF,B0BNHMCP8N,B0C39XGXVT
```

[Search]

[Report 23 selected ▾]

| ☑ | ASIN | Main image | Product name | Product brand name | Avg. customer rating |
|---|---|---|---|---|---|
| ☑ | B013WJRG5C |  | TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels | TECKNET | ★★★★½ 58923 |

Show all images (7) ▶

Show offers (2) ▼

| | Sold by | Condition | Price |
|---|---|---|---|
| ☑ | YOUREE Direct | New | $15.99 + $0.00 |
| ☑ | Unicada.us.store | New | $11.99 + $0.00 |

| ☑ | B015NBTAOW | | TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels | TECKNET | ★★★★½ 58923 |

Show all images (7) ▶

Show offers (2) ▼

| Sold by | Condition | Price |
|---|---|---|

| ASIN | Main image | Product name | Product brand name | Avg. customer rating |
|---|---|---|---|---|

| Sold by | Condition | Price |
|---|---|---|
| Hippidion.US.Store | New | $15.99 + $0.00 |
| ☑ YOUREE Direct | New | $15.99 + $0.00 |
| ☑ Unicada.us.store | New | $11.99 + $0.00 |

| | | | | |
|---|---|---|---|---|
| B015NBTNHQ | | TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels | TECKNET | ★★★★½ 58923 |

Show all images (7)

Show offers (3)

| Sold by | Condition | Price |
|---|---|---|
| TeckNetDirect | New | $19.99 + $0.00 |
| ☑ Unicada.us.store | New | $11.99 + $0.00 |
| TeckNetDirect | New | $11.99 + $0.00 |

| | | | | |
|---|---|---|---|---|
| B015X2OD52 | | TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels | TECKNET | ★★★★½ 58923 |

Show all images (7)

Show offers (3)

| Sold by | Condition | Price |
|---|---|---|
| ☑ YOUREE Direct | New | $15.99 + $0.00 |
| ☑ Unicada.us.store | New | $11.99 + $0.00 |
| | | $11.99 |



