# EXHIBIT 2



amazon

Deliver to Chicago 60604

Electronics ▾ | Search Amazon | 🔍

🇺🇸 EN ▾

Hello, Nicholas **Account & Lists** ▾ | Returns **& Orders** | 🛒 0

☰ All | Off to College | Works with Alexa | Customer Service | Back to School | Medical Care & Pharmacy ▾

prime THURSDAY NIGHT FOOTBALL | 01 : 55 : 45

**Computers** | Laptops | Desktops | Monitors | Tablets | Computer Accessories | PC Components | PC Gaming | Deals

TECKNET Wireless Mouse, 2.4G Quiet Computer Mouse with USB Receiver, 4 Buttons Portable Cordless Mice for Chromebook, Laptop, PC, Mac, 800/1200/1600 DPI - Mint Green

★★★★½ 2,348 | $9.99 ✓prime | Save 10% with coupon

Electronics › Computers & Accessories › Computer Accessories & Peripherals › Keyboards, Mice & Accessories › Mice

Sponsored ⓘ



Roll over image to zoom in

6 VIDEOS

⬆️

# TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels

Visit the TECKNET Store

4.5 ★★★★½ ▾ | 58,628 ratings | 386 answered questions

🔶 **#1 Best Seller** in Computer Mice

─────────────────────

**Limited time deal**

-56% $8⁷⁹

List Price: $19.99 ⓘ

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Extra Savings** Save 5% on Purple Mouse Pad w…

3 Applicable Promotion(s) ▾

**Color: Purple**

[color swatches]

| | |
|---|---|
| **Brand** | TECKNET |
| **Color** | Purple |
| **Connectivity Technology** | Bluetooth |
| **Special Feature** | Ergonomic Design |
| **Movement Detection Technology** | Optical |

## About this item

- Plug & Play: Wireless mouse comes with a tiny USB Nano receiver (stored within the back of the mouse), plug it into your PC, and then forget it. With 5 adjustable DPI levels (2600-2000-1600-1200-800), you can freely choose your cursor speed.

- 2.4GHz Computer Mouse: Ensures reliable connection with an increased working distance of up to 15m (49ft) and eliminates delays, dropouts, and interference. An ergonomic mouse with a contoured shape and soft rubber grip ensure all-day comfort.

- TECKNET Tru-Wave Technology: Wireless gaming mouse provides precise, intelligent cursor control over many surface types. TECKNET Co-Link technology – no need to re-establish pairing if a signal is lost or shut down.

- Hassle-free Design: Wireless mouse for laptop has a smart auto-sleep mode to save power, and up to 24 months of



□ Add Prime to get Fast, FREE delivery | prime

**Delivery** | Pickup

$8⁷⁹

FREE delivery **Wednesday, September 20** on orders shipped by Amazon over $25. Order within **8 hrs**

📍 Deliver to Chicago 60604

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Unicada.us.store
Returns | Eligible for Refund or Replacement

□ Add a gift receipt for easy returns

Add to List

New (2) from $8⁷⁹ & **FREE Shipping** on orders over $25.00 shipped by Amazon. ›

**Other Sellers on Amazon**

$15.99 | Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details ▾
Sold by: YOUREE Direct

- battery life with a battery level indicator. (battery life may vary based on user and computing conditions).
- Broad Compatibility: the USB mouse is compatible with Windows11,10,8.1,8,Vista 7,XP, Mac OS (Side buttons are not available), and Linux. Works with Notebook, Chromebook, PC, Laptop, Computer, and more. (batteries are NOT included)
- 36 MONTHS SUPPORT: If you encounter any problems in using the product, please feel free to contact our professional customer service team, enjoying TECKNET 36 Months Warranty (Registered Only)



TECKNET Wireless Mouse, 2.4G US...

★★★★☆ 46,792

$10.99 ✓prime

Save 15% with coupon

Sponsored ⓘ

✅ **Customers usually keep this item**
This product has fewer returns than average compared to similar products.

🗨 Report incorrect product information.

---

**There is a newer model of this item:**



TECKNET Wireless Bluetooth Mouse, 3 Mode(Dual Bluetooth+2.4Ghz) Silent Computer Mouse Bluetooth Compatible with Chromebook MacBook Pro Air, Ambidextrous Portable Travel Mouse for Laptop PC - Black Gold

$12.99

★★★★☆ (2,004)

In Stock



TECKNET Mini Wireless Mouse, 2.4GHz Small Computer Mouse...

★★★★☆ 6,356

$9.99 ✓prime

Save 5% with coupon

Sponsored ⓘ

---

## Frequently bought together

 + 

Total price: **$17.78**

 Add both to Cart

**This item:** TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for...
$8.79

TECKNET Mouse Pad with Wrist Support, Ergonomic Gaming Mouse Pad Pain Relief, Portable...
$8.99

---

## Products related to this item

Sponsored ⓘ

Page 1 of 67



TECKNET Wireless Computer Mouse, 2.4G Cordless Mouse for Laptop, Ergonomic...
★★★★☆ 2,174
$9.99 ✓prime



TECKNET Wireless Mouse, 2.4G USB Computer Mouse with 6-Level Adjustable 3200...
★★★★☆ 46,784
$11.99 ✓prime
Save 20% with coupon



TECKNET Bluetooth Wireless Mouse, Computer Mouse with 6 Buttons, 5 Adjustable...
★★★★☆ 18,530
$14.99 ✓prime
Save $5.00 with coupon



Lekvey Ergonomic Mouse, Vertical Wireless Mouse Rechargeable 2.4G Optical Carpal Tu...
★★★★★ 6
$29.99 ✓prime



TECKNET Bluetooth Wireless Mouse, 3 Modes Bluetooth 5.0 & 3.0 Mouse 2.4G Wireless P...
Amazon's Choice in Computer Mice
$15.99 ✓prime
Save 29% with coupon



Leads... Comp... Portal... Mouse...
★★★☆☆
Limit...
$6.9...
List: $8...

---

## From the brand

Case 1:24-cv-00299 Document #: 1-2 Filed: 01/10/24 Page 4 of 22 PageID #:18



# TECKNET

### Technology Enhances Life

TECKNET, a flagship brand which specialized in electronic products with superior quality for many years. We strive to further development and encouraged innovation to change the lives of our customers and makes the world better.



**Wireless mouse**

## Compare with similar items



**This item** TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels

#1 Best Seller

Add to Cart



Amazon Basics Wireless Computer Mouse with USB Nano Receiver - Black

Add to Cart



Amazon Basics 3-Button Wired USB Computer Mouse, Single, Black

Add to Cart



Amazon Basics 3-Button USB Wired Mouse - Standard, Black

Add to Cart

| | | | | |
|---|---|---|---|---|
| Customer Rating | ★★★★½ (58628) | ★★★★½ (57791) | ★★★★½ (75840) | ★★★★½ (625) |
| Price | $8⁷⁹ | $12⁷¹ | $7¹⁹ | $8²⁷ |
| Shipping | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details | FREE Shipping on orders over $25.00 shipped by Amazon. Details |
| Sold By | Unicada.us.store | Amazon.com | Amazon.com | Amazon.com |
| Color | Purple, Purple | Black | Black | Black |
| Connectivity Technology | Bluetooth | USB | Wired, USB | USB |
| Hardware Interface | USB | Radio Frequency | USB | — |
| Item Dimensions | 2.68 x 1.52 x 4.21 inches | 3.97 x 2.28 x 1.57 inches | 4.3 x 2.4 x 1.35 inches | 4.52 x 2.4 x 1.57 inches |
| Item Weight | 3.00 ounces | 2.21 ounces | 2.70 ounces | 2.88 ounces |

9/14/23, 4:04 PM
Case 1:24-cv-00289 Document #: 1-2 Filed: 01/10/24 Page 5 of 22 PageID #:19
Amazon.com: TeckNet Wireless Mouse, 2.4G Ergonomic Optical Mouse, Agenti Mouse 2 Pack for Computer, Chromeb…

| Platform | Windows XP, Windows Vista, Linux | Mac OS X, Windows XP, Windows, Windows 2000 Server, Windows Vista | Windows | Windows |
|---|---|---|---|---|
| Sensor Technology | Optical | Optical | Optical | Optical |

## Product information

### Technical Details ⌃ Collapse all

⌃ **Summary**

| Average Battery Life (in hours) | 700 Hours |
|---|---|

⌃ **Other Technical Details**

| Brand | TECKNET |
|---|---|
| Series | 2.4G Ergonomic Optical Mouse |
| Item model number | 841270 |
| Hardware Platform | Mac |
| Operating System | Linux, Windows XP |
| Item Weight | 3 ounces |
| Product Dimensions | 2.68 x 1.52 x 4.21 inches |
| Item Dimensions LxWxH | 2.68 x 1.52 x 4.21 inches |
| Color | Purple |
| Power Source | Battery Powered |
| Batteries | 2 AAA batteries required. |
| Department | Notebook |
| Manufacturer | TECKNET |
| ASIN | B015NBTAOW |
| Country of Origin | China |
| Is Discontinued By Manufacturer | No |
| Date First Available | July 17, 2015 |

### Additional Information

| Customer Reviews | 4.5 ★★★★⯨ ˅ 58,628 ratings 4.5 out of 5 stars |
|---|---|
| Best Sellers Rank | #1 in Computer Mice |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ˅

## Product Description



# 2.4G Wireless Mouse

## Comfortable,responsive and ergonomic design



**Enjoy multiple colors world**



**Advanced design meets your demand**

Case 1:24-cv-00293 Document #: 1-2 Filed: 01/10/24 Page 7 of 22 PageID #:31



## Tracks On Any Surface

With precision sensor, it can be used in virtually any surface including resin, wood, paper, cloth and leather, especially on glass.

**Create more convenient work way**



House

Meeting

Library

Coffee bar

**Versatile button**



TECKNET
Wireless Mouse

| | More choices | |
|---|---|---|
| 5 Adjustable Levels | DPI Level | 6 Adjustable Levels |
| 6 | Button Quantity | 6 |
| ✔ | Back/Forward Button | ✔ |
| 2.4 GHz Wireless | Connectivity | Bluetooth |

9/14/23, 4:04 PM    Amazon.com: TECKNET Bluetooth Mouse 2.4G Ergonomic Optical Mouse, Ergonomic Mouse 2.4G Laptop Mouse for Computer, Chromeb…

Case 1:24-cv-00299 Document # 1-2 Filed: 01/10/24 Page 8 of 22 PageID #:22



TECKNET Bluetooth Mouse

USB Nano Receiver

Learn More

## Looking for specific info?

## Similar brands on Amazon

Sponsored ⓘ



memzuoix
Shop the Store on Amazon ›

memzuoix 2.4G Wireless Mouse, 1200 DPI Mobile Optical Cordless Mouse with US…
⭐⭐⭐⭐½ 12,401
$15.99 List: $22.99

VssoPlor
Shop the Store on Amazon ›

Vssoplor Wireless Mouse, 2.4G Slim Portable Computer Mouse with Nano…
⭐⭐⭐⭐½ 16,383
$9.97 List: $12.99

TECKNET
Shop the Store on Amazon ›

TECKNET Wir… Mode(Dual B…
⭐⭐⭐⭐½
$12.99 Typic…

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



TECKNET Ergonomic Mouse, 4800 DPI Silent Mouse 5 Adjustable DPI, Wireless Mouse 2.4…
⭐⭐⭐⭐½ 709
$23.99 ✓prime
Save $8.00 with coupon

UGREEN Wireless Mouse, Ergonomic Bluetooth 5.0 Mouse for Laptop, 2.4G Cordless Mous…
⭐⭐⭐⭐½ 514
$22.99 ✓prime
Save $7.00 with coupon

Woddlffy Ergonomic Mouse Wireless,Rechargeable Vertical Mouse Right…
⭐⭐⭐⭐½ 1,533
Limited time deal
$17.99 ✓prime
List: $25.99 (31% off)

TECKNET Wireless Mouse, 2.4G USB Computer Mouse with 6-Level Adjustable 3200…
⭐⭐⭐⭐½ 46,792
$10.99 ✓prime
Save 15% with coupon

Vassink Wireless Mouse Ergonomic Mouse Rechargeable Vertical Optical Mice with USB …
⭐⭐⭐⭐ 155
$19.99 ✓prime
Save 15% with coupon

Wireless Blueto… Mouse, Recharg… USB Optical Mo… Slim Dual Mode…
⭐⭐⭐⭐½ 9,…
$10.99 ✓prime
Save 15% with co…

Case 1:24-cv-00293 Document #: 1-2 Filed: 01/10/24 Page 9 of 22 PageID #:33



57

Sponsored ⓘ

## Customer reviews

⭐⭐⭐⭐⯨  4.5 out of 5

58,628 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 6% |

∨ How customer reviews and ratings work



Sponsored ⓘ

## Reviews with images

See all photos ›

 

Top reviews ▽

## Top reviews from the United States

Stefanie

⭐⭐⭐⭐⭐ **Back to School supplies**

Reviewed in the United States on September 12, 2023

Color: Black  |  **Verified Purchase**

I recently purchased this wireless mouse for my teenager as they were heading back to school, and it has been a fantastic addition to their setup. Here's why we love it:

1. **Sleek Design**: The mouse has a modern and sleek design that instantly appealed to my teenager's sense of style. It looks great on their desk.

2. **Comfortable Ergonomics**: The mouse is ergonomically designed, which means it's comfortable to use for long study sessions. It fits perfectly in my teenager's hand and reduces wrist strain.

3. **Wireless Convenience**: Being wireless, it eliminates the clutter of wires on the desk. It connects seamlessly to their laptop, and the signal is consistently strong.

4. **Responsive Performance**: The mouse offers smooth and precise tracking, making it ideal for tasks that require accuracy. It has enhanced my teenager's productivity.

∨ Read more

| Helpful |  |  Report

Banco Exterior

⭐⭐⭐⭐⭐ **Comfortable and Reliable**

Reviewed in the United States on July 3, 2023

Color: Purple  |  **Verified Purchase**

Wireless Connectivity and Plug-and-Play:

The 2.4G wireless connectivity ensures a reliable and lag-free connection between the mouse and your computer. The compact USB receiver can be plugged into any available USB port on your laptop or PC, allowing for easy setup without the need for additional software or drivers. This plug-and-play feature is convenient, especially for those who frequently switch between devices or workspaces.

Smooth and Precise Performance:

The TECKNET Wireless Mouse offers smooth and precise tracking thanks to its optical sensor technology. With an adjustable DPI range of up to 2600 DPI, you can customize the cursor sensitivity to suit your preferences and requirements. This flexibility makes it suitable for various tasks, including browsing, editing documents, graphic design, and gaming. The responsive buttons and scroll wheel provide tactile feedback, enhancing the overall user experience.

˅ Read more

7 people found this helpful

[ Helpful ]    |    Report



Jakki

⭐⭐⭐⭐☆ **freezing**

Reviewed in the United States on August 27, 2023

Color: Purple    |    Verified Purchase

I liked the way the mouse felt in the hand. It is a little larger than the normal mice I purchase but if you have bigger hands this would be perfect. One thing I noticed when I first started using it is that it kept freezing. Almost like the 'service' was interrupted. I've been using bluetooth and USB mice for years on this computer and never had an issue. Then when I switched with my mouse from home, it didn't have the issue so I am thinking it was the mouse itself. I tried it at home and it seemed fine, but I wasn't using it near as much as I was at home. I will continue to try it out and see if it was just a fluke.

3 people found this helpful

[ Helpful ]    |    Report

KH

⭐⭐⭐⭐⭐ **This is much better than Tecknet's bluetooth version**

Reviewed in the United States on September 8, 2023

Color: Black    |    Verified Purchase

This is a great, inexpensive wireless mouse. I used it along with Tecknet's USB wired mouse and the Bluetooth version of the same, and this one blows the BT version out of the water.

Of note, it has very comfortable ergonomics and good buttons/scrollwheel. It has a high polling rate for smooth cursor/movement with high refresh rate screens, and it sleeps/wakes instantly. The BT version feels the same, but sleep/wake is extremely slow, and the polling rate feels like 30hz. If you are looking for a good wireless mouse, get this one and avoid the BT version.

[ Helpful ]    |    Report



TS

⭐⭐⭐⭐☆ **Works Well, Feels Good, Eats Batteries**

Reviewed in the United States on September 5, 2023

Color: Grey    |    Verified Purchase

The mouse works well, and I like the way it feels. I like having buttons right on it to go back or forward on webpages. My only disappointment is that it goes through batteries quickly. I never remember to turn it off with the switch on the bottom, and I am replacing batteries about once a month. I've had a few wireless mice before and also never turned them off, and batteries would still last forever. Overall I'm happy with it but if you're like me and never remember to switch it off, expect to replace batteries fairly often.

One person found this helpful

[ Helpful ]    |    Report

See more reviews ›

## Top reviews from other countries

[ Translate all reviews to English ]



bjc

⭐⭐⭐⭐⭐ **Facilite d'utilisation**

Reviewed in France on September 8, 2023

Color: White    |    Verified Purchase

satisfait répond à mon besoin

Report

Translate review to English

SuperMery

⭐⭐⭐⭐☆ **Cumple con su cometido**

9/14/23, 4:04 PM
Amazon.com: UET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Cordless USB Mouse for Laptop, PC, Computer, Chromeb…

Case 1:24-cv-00238 Document #: 1-2 Filed: 01/10/24 Page 11 of 22 PageID #:25

Reviewed in Spain on August 22, 2023
Color: White | **Verified Purchase**

Funciona por ahora perfectamente, se puede apreciar los distintos niveles de DPI según se usa y reacciona perfectamente cuando se clickea rápidamente y seguidamente. Como contras cabe destacar que es un ratón muy pequeño, a lo mejor para alguien con un tamaño de mano grande puede resultar incómodo de usar y que el tacto se siente un poco raro, por lo demás está bien.

One person found this helpful

Report

Translate review to English

 Laura

⭐⭐⭐⭐☆ **Funciona con pilas**
Reviewed in Spain on September 12, 2023
Color: White | **Verified Purchase**

Sencillo y práctico aunque no me fijé que funciona con pilas.

Report

Translate review to English

 stefano

⭐⭐⭐⭐⭐ **Ottimo**
Reviewed in Italy on August 22, 2023
Color: White | **Verified Purchase**

Ottimo

Report

Translate review to English

 Neil G.

⭐⭐⭐⭐☆ **Does what any wireless mouse does**
Reviewed in Canada on August 26, 2023
Color: Black | **Verified Purchase**

This is a good mouse as a new mouse or to replace an existing wireless mouse. It functions smoothly, connects easily and is fairly comfortable. What it lacks in is it is smaller than an average mouse. I wish I had known this as it is not apparent in pictures.

Report

**See more reviews ›**

## Important information

To report an issue with this product, click here.

1,641

Shop now

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Your Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Help |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | |
| | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

amazon

🌐 English     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business |
| Amp Host your own live radio show with music you love | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use     Privacy Notice     Your Ads Privacy Choices ☑✗

© 1996-2023, Amazon.com, Inc. or its affiliates



Case: 1:24-cv-00336 Document #: 1-2 Filed: 01/10/24 Page 13 of 22 PageID #:27

AMAZON

Deliver to Chicago 60604

All ▾ | Search Amazon | 🔍

EN ▾ | Hello, Nicholas Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Off to College | Works with Alexa | Customer Service | Back to School | Medical Care & Pharmacy ▾ | prime THURSDAY NIGHT FOOTBALL | 01:53:44

TECKNET Wireless Mouse, 2.4G Quiet Computer Mouse with USB Receiver, 4 Buttons Portable Cordless Mice for Chromebook, Laptop, PC, Mac,... | ★★★★☆ 2,348 | $9.99 ✓prime | Save 10% with coupon

‹ Back to results

Sponsored ⓘ

### TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromebook, Notebook, 6 Buttons, 24 Months Battery Life, 2600 DPI, 5 Adjustment Levels

Visit the TECKNET Store

4.5 ★★★★☆ | 58,628 ratings | 386 answered questions

🏆 #1 Best Seller in Computer Mice

-20% $15⁹⁹

List Price: $19.99 ⓘ

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Purple**



| | |
|---|---|
| $15.99 | $15.99 | $15.99 |
| $19.99 | $19.99 | $15.99 |
| $15.99 | | |

**Brand** TECKNET
**Color** Purple
**Connectivity Technology** Bluetooth
**Special Feature** Ergonomic Design
**Movement Detection Technology** Optical

### About this item

- Plug & Play: Wireless mouse comes with a tiny USB Nano receiver (stored within the back of the mouse), plug it into your PC, and then forget it. With 5 adjustable DPI levels (2600-2000-1600-1200-800), you can freely choose your cursor speed.
- 2.4GHz Computer Mouse: Ensures reliable connection with an increased working distance of up to 15m (49ft) and eliminates delays, dropouts, and interference. An ergonomic mouse with a contoured shape and soft rubber grip ensure all-day comfort.
- TECKNET Tru-Wave Technology: Wireless gaming mouse provides precise, intelligent cursor control over many surface types. TECKNET Co-Link technology – no need to re-establish pairing if a signal is lost or shut down.
- Hassle-free Design: Wireless mouse for laptop has a smart auto-sleep mode to save power, and up to 24 months of battery life with a battery level indicator. (battery life may vary based on user and computing conditions).
- Broad Compatibility: the USB mouse is compatible with Windows11,10,8.1,8,Vista 7,XP, Mac OS (Side buttons are not

☐ Add your 30-day FREE trial of Prime and get fast, free delivery ✓prime

**Delivery** | Pickup

$15⁹⁹

**FREE delivery Wednesday, September 20** on orders shipped by Amazon over $25. Order within **7 hrs 55 mins**

📍 Deliver to Chicago 60604

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | YOUREE Direct
Returns | Eligible for Refund or Replacement

☐ Add a gift receipt for easy returns

**Add to List**

New (2) from $8⁷⁹ & FREE Shipping on orders over $25.00 shipped by Amazon. ›



TECKNET Wireless Mouse, 2.4G US...
★★★★☆ 46,791
$10⁹⁹ ✓prime
Save 15% with coupon

Sponsored ⓘ

9/14/23, 4:06 PM                    Amazon.com: TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromeb…

Case 1:24-cv-00338 Document #: 1-2 Filed: 01/10/24 Page 14 of 22 PageID #:28

available), and Linux. Works with Notebook, Chromebook, PC, Laptop, Computer, and more. (batteries are NOT included)

- 36 MONTHS SUPPORT: If you encounter any problems in using the product, please feel free to contact our professional customer service team, enjoying TECKNET 36 Months Warranty (Registered Only)

Report incorrect product information.

Sponsored ⓘ

## Frequently bought together

 + 

Total price: $17.78

[ Add both to Cart ]

**This item:** TECKNET Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer Mouse for…
$8⁷⁹

TECKNET Mouse Pad with Wrist Support, Ergonomic Gaming Mouse Pad Pain Relief, Portable…
$8⁹⁹

## Products related to this item

Sponsored ⓘ

     

Halpilt Wireless Mouse Chargeable Portable Silent Wireless Mouse USB and Type-C Dua…
★★★★½ 2,170
$13.99 ✓prime
Save 10% with coupon

TECKNET Wireless Computer Mouse, 2.4G Cordless Mouse for Laptop, Ergonomic…
★★★★½ 2,174
$9.99 ✓prime

TECKNET Wireless Mouse, 2.4G USB Computer Mouse with 6-Level Adjustable 3200…
★★★★½ 46,784
$11.99 ✓prime

TECKNET Bluetooth Wireless Mouse, Computer Mouse with 6 Buttons, 5 Adjustable…
★★★★☆ 18,530
$14.99 ✓prime
Save 20% with coupon

TECKNET Bluetooth Wireless Mouse, 3 Modes Bluetooth 5.0 & 3.0 Mouse 2.4G Wireless P…
★★★★½ 5,260
Amazon's Choice in Computer Mice
$15.99 ✓prime
Save 29% with coupon

LeadsaiL Wireless Computer Mous Portable Slim C Mouse Less Noi…
★★★★½ 14
Limited time de…
$6.99
List: $8.99 (22% o…

## 4 stars and above

Sponsored ⓘ








Halpilt Wireless Mouse Chargeable Portable Silent Wireless Mouse USB and Type-C Dua...
⭐⭐⭐⭐ 2,170
$13.99 ✓prime
Save 10% with coupon

TECKNET Wireless Computer Mouse, 2.4G Cordless Mouse for Laptop, Ergonomic…
⭐⭐⭐⭐ 2,174
$9.99 ✓prime

TECKNET Wireless Mouse, 2.4G USB Computer Mouse with 6-Level Adjustable 3200…
⭐⭐⭐⭐ 46,784
$11.99 ✓prime

INPHIC Bluetooth Mouse, 3 Modes Bluetooth 5.0&4.0 Mouse 2.4G…
⭐⭐⭐⭐ 20,487
$16.99 ✓prime

TECKNET Wireless Mouse, 6-Level Adjustable 4800 DPI Computer Mouse, 2.4G…
⭐⭐⭐⭐ 3,906
$9.99 ✓prime
Save $2.00 with coupon

TECKNET Bluetooth Mouse, Wireless with 6 Buttons, Adjustable DPI l…
⭐⭐⭐⭐ 18
$13.99 ✓prime
Save 20% with co…

## From the brand

**Wireless mouse**

## Product information

### Technical Details                              ∧ Collapse all

∧ Summary

| Average Battery Life (in hours) | 700 Hours |
| --- | --- |

∧ Other Technical Details

| Brand | TECKNET |
| --- | --- |
| Series | 2.4G Ergonomic Optical Mouse |
| Item model number | 841270 |
| Hardware Platform | Mac |
| Operating System | Linux, Windows XP |
| Item Weight | 3 ounces |

### Additional Information

| Customer Reviews | 4.5 ⭐⭐⭐⭐ ▾  58,628 ratings 4.5 out of 5 stars |
| --- | --- |
| Best Sellers Rank | #1 in Computer Mice |

### Warranty & Support

Amazon.com Return Policy: You may return any new computer purchased from Amazon.com that is "dead on arrival," arrives in damaged condition, or is still in unopened boxes, for a full refund within 30 days of purchase. Amazon.com reserves the right to test "dead on arrival" returns and impose a customer fee equal to 15 percent of the product sales price if the customer misrepresents the condition of the product. Any returned computer that is damaged through customer misuse, is missing parts, or is in unsellable condition due to customer

9/14/23, 4:06 PM                    Amazon.com: TeckNet Wireless Mouse 2.4G Ergonomic Optical Mouse, Computer Mouse for Laptop, PC, Computer, Chromeb…

Case 1:24-cv-00236 Document #: 1-2 Filed: 01/10/24 Page 16 of 22 PageID #:30

| Product Dimensions | 2.68 x 1.52 x 4.21 inches |
| --- | --- |
| Item Dimensions LxWxH | 2.68 x 1.52 x 4.21 inches |
| Color | Purple |
| Power Source | Battery Powered |
| Batteries | 2 AAA batteries required. |
| Department | Notebook |
| Manufacturer | TECKNET |
| ASIN | B015NBTAOW |
| Is Discontinued By Manufacturer | No |
| Date First Available | July 17, 2015 |

tampering will result in the customer being charged a higher restocking fee based on the condition of the product. Amazon.com will not accept returns of any desktop or notebook computer more than 30 days after you receive the shipment. New, used, and refurbished products purchased from Marketplace vendors are subject to the returns policy of the individual vendor.

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Would you like to **tell us about a lower price?** ⌄

## Product Description

### Enjoy multiple colors world



### Advanced design meets your demand



## Create more convenient work way



## Versatile button



TECKNET
Wireless Mouse

### More choices

| | DPI Level | |
|---|---|---|
| 5 Adjustable Levels | DPI Level | 6 Adjustable Levels |
| 6 | Button Quantity | 6 |
| ✓ | Back/Forward Button | ✓ |
| 2.4 GHz Wireless | Connectivity | Bluetooth |



## Looking for specific info?

## Similar brands on Amazon

Sponsored ⓘ



memzuoix
Shop the Store on Amazon ›

memzuoix 2.4G Wireless Mouse, 1200 DPI Mobile Optical Cordless Mouse with US...
★★★★½ 12,401
$15.99 List: $22.99

VssoPlor
Shop the Store on Amazon ›

Vssoplor Wireless Mouse, 2.4G Slim Portable Computer Mouse with Nano...
★★★★½ 16,383
$9.97 List: $12.99

TECKNET
Shop the Store on Amazon ›

TECKNET Wir... Mode(Dual B...
★★★★½
$12.99 Typic...

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



Halpit Wireless Mouse Chargeable Portable Silent Wireless Mouse USB and Type-C Dua...
★★★★½ 2,170
$13.99 ✓prime
Save 10% with coupon

Woddlffy Ergonomic Mouse, Rechargeable Vertical Mouse Wireless Ergo Mouse with 6 Bu...
★★★★½ 1,533
Limited time deal
$19.99 ✓prime
Save 10% with coupon
List: $26.99 (26% off)

UGREEN Wireless Mouse, Ergonomic Bluetooth 5.0 Mouse for Laptop, 2.4G Cordless Mous...
★★★★½ 514
$22.99 ✓prime
Save $7.00 with coupon

seenda Wireless Mouse, 2.4G Noiseless Mouse with USB Receiver - Portable Computer M...
★★★★½ 115,955
$9.98 ✓prime
Save 5% with coupon

TECKNET Wireless Silent Mouse, 2.4G Optical Computer Mouse with USB Receiver, 2-Yea...
★★★★½ 3,898
$11.99 ✓prime
Save 10% with coupon

TECKNET Wirele... Mouse, 2.4G US... Level Adjustabl...
★★★★½ 46...
$10.99 ✓pr...
Save 15% with co...



## Customer reviews

⭐⭐⭐⭐⯪  4.5 out of 5

58,628 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 74% |
| 4 star | ▭ | 13% |
| 3 star | ▭ | 5% |
| 2 star | ▭ | 2% |
| 1 star | ▭ | 6% |

⌄ How customer reviews and ratings work



Sponsored ⓘ

### Reviews with images

See all photos ›

   

Top reviews

### Top reviews from the United States

 Stefanie

⭐⭐⭐⭐⭐ **Back to School supplies**

Reviewed in the United States on September 12, 2023

Color: Black | **Verified Purchase**

I recently purchased this wireless mouse for my teenager as they were heading back to school, and it has been a fantastic addition to their setup. Here's why we love it:

1. **Sleek Design**: The mouse has a modern and sleek design that instantly appealed to my teenager's sense of style. It looks great on their desk.

2. **Comfortable Ergonomics**: The mouse is ergonomically designed, which means it's comfortable to use for long study sessions. It fits perfectly in my teenager's hand and reduces wrist strain.

3. **Wireless Convenience**: Being wireless, it eliminates the clutter of wires on the desk. It connects seamlessly to their laptop, and the signal is consistently strong.

4. **Responsive Performance**: The mouse offers smooth and precise tracking, making it ideal for tasks that require accuracy. It has enhanced my teenager's productivity.

⌄ Read more

[ Helpful ]  |  Report

 Banco Exterior

⭐⭐⭐⭐⭐ **Comfortable and Reliable**

Reviewed in the United States on July 3, 2023

Color: Purple | **Verified Purchase**

Wireless Connectivity and Plug-and-Play:
The 2.4G wireless connectivity ensures a reliable and lag-free connection between the mouse and your computer. The compact USB receiver can be plugged into any available USB port on your laptop or PC, allowing for easy setup without the need for additional software or drivers. This plug-and-play feature is convenient, especially for those who frequently switch between devices or workspaces.

Smooth and Precise Performance:
The TECKNET Wireless Mouse offers smooth and precise tracking thanks to its optical sensor technology. With an adjustable DPI range of up to 2600 DPI, you can customize the cursor sensitivity to suit your preferences and requirements. This flexibility makes it suitable for various tasks, including browsing, editing documents, graphic design, and gaming. The responsive buttons and scroll wheel provide tactile feedback, enhancing the overall user experience.

9/14/23, 4:06 PM    Amazon.com: TeckNet Wireless Mouse, 2.4G Ergonomic Optical Mouse, Page up & Page Down Mouse for Laptop, Computer, Chromeb…

Case 1:24-cv-00336 Document #: 1-2 Filed: 01/10/24 Page 20 of 22 PageID #:34

> Read more

7 people found this helpful

[ Helpful ]  |  Report

Jakki

★★★★☆ **freezing**

Reviewed in the United States on August 27, 2023

Color: Purple  |  **Verified Purchase**

I liked the way the mouse fit in the hand. It is a little larger than the normal mice I purchase but if you have bigger hands this would be perfect. One thing I noticed when I first started using it is that it kept freezing. Almost like the 'service' was interrupted. I've been using bluetooth and USB mice for years on this computer and never had an issue. Then when I switched with my mouse from home, it didn't have the issue so I am thinking it was the mouse itself. I tried it at home and it seemed fine, but I wasn't using it near as much as I was at home. I will continue to try it out and see if it was just a fluke.

3 people found this helpful

[ Helpful ]  |  Report

KH

★★★★★ **This is much better than Tecknet's bluetooth version**

Reviewed in the United States on September 8, 2023

Color: Black  |  **Verified Purchase**

This is a great, inexpensive wireless mouse. I used it along with Tecknet's USB wired mouse and the Bluetooth version of the same, and this one blows the BT version out of the water.

Of note, it has very comfortable ergonomics and good buttons/scrollwheel. It has a high polling rate for smooth cursor/movement with high refresh rate screens, and it sleeps/wakes instantly. The BT version feels the same, but sleep/wake is extremely slow, and the polling rate feels like 30hz. If you are looking for a good wireless mouse, get this one and avoid the BT version.

[ Helpful ]  |  Report

TS

★★★★☆ **Works Well, Feels Good, Eats Batteries**

Reviewed in the United States on September 5, 2023

Color: Grey  |  **Verified Purchase**

The mouse works well, and I like the way it feels. I like having buttons right on it to go back or forward on webpages. My only disappointment is that it goes through batteries quickly. I never remember to turn it off with the switch on the bottom, and I am replacing batteries about once a month. I've had a few wireless mice before and also never turned them off, and batteries would still last forever. Overall I'm happy with it but if you're like me and never remember to switch it off, expect to replace batteries fairly often.

One person found this helpful

[ Helpful ]  |  Report

See more reviews ›

## Top reviews from other countries

[ Translate all reviews to English ]

bjc

★★★★★ **Facilite d'utilisation**

Reviewed in France on September 8, 2023

Color: White  |  **Verified Purchase**

satisfait répond à mon besoin

Report

Translate review to English

SuperMery

★★★★☆ **Cumple con su cometido**

9/14/23, 4:06 PM    Amazon.com: TeckNet Wireless Mouse, 2.4G Ergonomic Optical Mouse, Computer, Laptop, Mouse for Laptop, PC, Computer, Chromeb…

Case 1:24-cv-00238 Document #: 1-2 Filed: 01/10/24 Page 21 of 22 PageID #:35

Reviewed in Spain on August 22, 2023

Color: White | **Verified Purchase**

Funciona por ahora perfectamente, se puede apreciar los distintos niveles de DPI según se usa y reacciona perfectamente cuando se clickea rápidamente y seguidamente. Como contras cabe destacar que es un ratón muy pequeño, a lo mejor para alguien con un tamaño de mano grande puede resultar incómodo de usar y que el tacto se siente un poco raro, por lo demás está bien.

One person found this helpful

Report

Translate review to English

 Laura

⭐⭐⭐⭐☆ **Funciona con pilas**

Reviewed in Spain on September 12, 2023

Color: White | **Verified Purchase**

Sencillo y práctico aunque no me fijé que funciona con pilas.

Report

Translate review to English

 stefano

⭐⭐⭐⭐⭐ **Ottimo**

Reviewed in Italy on August 22, 2023

Color: White | **Verified Purchase**

Ottimo

Report

Translate review to English

 Neil G.

⭐⭐⭐⭐☆ **Does what any wireless mouse does**

Reviewed in Canada on August 26, 2023

Color: Black | **Verified Purchase**

This is a good mouse as a new mouse or to replace an existing wireless mouse. It functions smoothly, connects easily and is fairly comfortable. What it lacks in is it is smaller than an average mouse. I wish I had known this as it is not apparent in pictures.

Report

**See more reviews ›**

## Important information

To report an issue with this product, click here.

63

Shop now

Sponsored ⓘ

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Your Recalls and Product Safety Alerts

Help

amazon

🌐 English ▾        🇺🇸 United States ▾

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your
Business

Amp
Host your own live
radio show with
music you love

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited
Photo Storage
Free With
Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription
Boxes
Top subscription boxes
– right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices ☑✕

© 1996-2023, Amazon.com, Inc. or its affiliates